AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **I. Person Reporting** (last name, first, middle initial)<br><br>Smith, D. Brooks | **2. Court or Organization**<br><br>Third Circuit Court of Appeals | **3. Date of Report**<br><br>05/15/2009 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge-Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2008<br>to<br>12/31/2008 |
| **7. Chambers or Office Address**<br><br>US Court of Appeals, Ste 203<br>1798 Old Route 220N<br>Duncansville, PA 16635 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Mount Aloysius College, Cresson, PA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2009 MAY 15 P 12:54
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Smith_Brooks_D

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | The Pennsylvania State University-Dickenson Law School-Development of a Course and Lecturing - See Part VIII | $24,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Reliance Bank - Vice President, Commercial Lending - Salary ● |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. New York Law School | 09/06/2008 - 09/07/2008 | New York, NY | Moot Court Competition | Travel, food and lodging |
| 2. Georgetown Univesity School of Law | 03/18/2008-03/19/2008 | Washington, D.C. | Moot Court Competition | Travel, food and lodging |
| 3. Ave Maria Law School | 04/19/2008-04/20/2008 | Ann Arbor, MI | Moot Court Competition | Travel, food and lodging |
| 4. ALI-ABA | 04/02/2008-04/05/2008 | Scottsdale, AZ | Panelist at Seminar | Travel, food and lodging |
| 5. Pennsylvania Bar Ass'n Civil Litig. Section | 04/05/2008-04/06/2008 | New York, NY | Speaker at Seminar | Travel, food and lodging |
| 6. Allegheny County Bar Ass'n | 06/19/2008-06/20/2008 | Seven Springs, PA | Bench-Bar Conference | Food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2009 |

| | | | | |
|---|---|---|---|---|
| 7. George Mason University School of Law | 07/05/2008-07/09/2008 | Sedona, AZ | Education Seminar | Travel, food and lodging |
| 8. Academy of Trial Lawyers | 10/01/2008-10/02/2008 | Farmington, PA | Professional Ass'n Activi | Food and lodging |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Reliance Bank Certificate of Deposit● | A | Interest | K | T | | | | | |
| 2. FNB Corp (common)● | A | Dividend | J | T | | | | | |
| 3. Fifth Third Bancorp ● | A | Dividend | J | T | | | | | |
| 4. AST Capital Growth Asset Allocation●1 | A | Dividend | | | Sold | 12/08 | L | | |
| 5. AST USB Dynamic Alpha●1 | A | Dividend | L | T | Buy | 12/08 | L | | |
| 6. AST Academic Strategies Asset Allocation●1,4 | A | Dividend | L | T | | | | | |
| 7. M&T Bank (common)● | C | Dividend | L | T | | | | | |
| 8. M&T Bank 401(K) ● | D | Dividend | | | Sold | 11/21 | K | E | |
| 9. Reliance Bank 401(K)● | A | Int./Div. | L | T | | | | | |
| 10. Northwestern Mutual Life Ins(Universal Life Policies) | D | Dividend | M | T | | | | | |
| 11. Reliance Bank IRA● | A | Interest | K | T | Buy | 12/02 | K | | |
| 12. Reliance Bank IRA 2 | A | Interest | L | T | Buy | 12/18 | L | | |
| 13. Altria Group Incorporated 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 14. Ameren Corp 2 | A | Dividend | | | Sold | 06/11 | J | | |
| 15. ANI S P A Sponsored ADR(Italy) 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 16. BB&T Corporation 2 | A | Dividend | | | Sold | 11/19 | J | | |
| 17. BP PLC Sponsored ADR(United Kingdom) 2 | A | Dividend | | | Sold | 11/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America Corporation 2 | A | Dividend | | | Sold | 10/15 | J | | |
| 19. Bristol Myers Squibb Company 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 20. Frontier Communications (Formerly Citizens Communications) 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 21. Duke Energy Company New 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 22. Fifth Third Bancorp 2 | A | Dividend | | | Sold | 04/16 | J | | |
| 23. France Telecom Sponsored ADR(France) 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 24. Heinz H J Company 2 | A | Dividend | | | Sold | 11/26 | J | A | |
| 25. Kraft Foods Incorporated Class A 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 26. New York Cmnty Bancorp Incorporated 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 27. Integrys Energy Group 2 (Formerly Peoples Energy Inc) | A | Dividend | | | Sold | 04/23 | J | | |
| 28. Pinnacle West Cap Corporation 2 | A | Dividend | | | Sold (part) | 01/10 | J | | |
| 29. | | | | | Sold | 05/13 | J | | |
| 30. Progress Energy Inc 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 31. Regal Entertainment Group Class A 2 | A | Dividend | | | Sold (part) | 02/08 | J | | |
| 32. | | | | | Sold | 11/13 | J | | |
| 33. Reynolds American Inc 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 34. Southern Company 2 | A | Dividend | | | Sold | 11/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Telecom Corp NZ Ltd 2 | A | Dividend | | | Sold (part) | 03/07 | J | | |
| 36. UST Inc 2 | A | Dividend | | | Sold (part) | 05/06 | J | A | |
| 37. | | | | | Sold | 09/15 | J | A | |
| 38. United Utilities PLC 2 | A | Dividend | | | Sold (part) | 09/09 | J | | |
| 39. | | | | | Sold | 11/26 | J | | |
| 40. Windstream Corporation 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 41. Coamerica Incorporated 2 | A | Dividend | | | Sold | 07/21 | J | | |
| 42. Deutsche Telekom AG 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 43. Enel Societa Per Azioni ADR 2 | A | Dividend | | | Sold | 03/20 | J | A | |
| 44. Gallagher Arthur J & Company 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 45. Kingfisher PLC 2 | A | Dividend | | | Sold | 01/14 | J | | |
| 46. Lloyds TSB Group PLC 2 | A | Dividend | | | Sold | 10/08 | J | | |
| 47. Pfizer Incorporated 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 48. Telecom Italia SPA New 2 | A | Dividend | | | Sold | 02/15 | J | A | |
| 49. Telstra Corporation Limited 2 | A | Dividend | | | Sold (part) | 08/08 | J | A | |
| 50. | | | | | Sold | 10/09 | J | A | |
| 51. US Bancorp Del Corn New 2 | A | Dividend | | | Sold (part) | 09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | - 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/19 | J | | |
| 53. | | | | | Sold | 11/26 | J | | |
| 54. Verison Communication 2 | A | Dividend | | | Buy | 02/19 | J | | |
| 55. | | | | | Sold | 11/26 | J | | |
| 56. Wachovia Corporation 2nd New 2 | A | Dividend | | | Sold | 07/21 | J | | |
| 57. RJ Bank Deposit Program 2 | A | Dividend | J | T | | | | | |
| 58. AT&T Incorporated 2 | A | Dividend | | | Buy | 05/07 | J | | |
| 59. | | | | | Buy (add'l) | 08/11 | J | | |
| 60. | | | | | Sold | 11/26 | J | | |
| 61. Conagra Foods Incorporated 2 | A | Dividend | | | Buy | 10/15 | J | | |
| 62. | | | | | Sold | 11/26 | J | | |
| 63. General Electric Company 2 | A | Dividend | | | Buy | 06/11 | J | | |
| 64. | | | | | Sold | 11/26 | J | | |
| 65. Glaxosmithkline PLC 2 | A | Dividend | | | Buy | 07/23 | J | | |
| 66. | | | | | Buy (add'l) | 09/15 | J | | |
| 67. | | | | | Sold | 11/26 | J | | |
| 68. HSBC Holdings PLC 2 | A | Dividend | | | Buy | 09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 11/26 | J | | |
| 70. ING Groep NV Sponsored ADR 2 | A | Dividend | | | Buy | 05/13 | J | | |
| 71. | | | | | Sold | 10/16 | J | | |
| 72. Kimberly Clark Corporation 2 | A | Dividend | | | Buy | 03/20 | J | | |
| 73. | | | | | Sold | 11/26 | J | | |
| 74. Lilly Eli & Company 2 | A | Dividend | | | Sold | 11/26 | J | | |
| 75. | | | | | Buy | 11/07 | J | | |
| 76. Philip Morris International Incorporated 2, 3 | A | Dividend | | | Sold | 11/26 | J | | |
| 77. PNC Finl Svcs Group 2 | A | Dividend | | | Buy | 10/16 | J | | |
| 78. | | | | | Sold | 11/26 | J | | |
| 79. Regions Financial Corporation 2 | A | Dividend | | | Buy | 05/07 | J | | |
| 80. | | | | | Sold | 07/22 | J | | |
| 81. Royal Dutch Schell PLC 2 | A | Dividend | | | Buy | 11/20 | J | | |
| 82. | | | | | Sold | 11/26 | J | | |
| 83. Suntrust Banks Incorporated 2 | A | Dividend | | | Buy | 01/10 | J | | |
| 84. | | | | | Buy (add'l) | 02/08 | J | | |
| 85. | | | | | Buy (add'l) | 02/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 10/16 | J | | |
| 87. Vodafone Group PLC New 2 | A | Dividend | | | Buy | 04/18 | J | | |
| 88. | | | | | Buy (add'l) | 10/09 | J | | |
| 89. | | | | | Sold | 11/26 | J | | |
| 90. Wells Fargo & Company New 2 | A | Dividend | | | Buy | 10/16 | J | | |
| 91. | | | | | Sold | 11/26 | J | | |
| 92. Wyeth 2 | A | Dividend | | | Buy | 11/19 | J | | |
| 93. | | | | | Sold | 11/26 | J | | |
| 94. Reliance Bank-Checking Account●(X) | A | Interest | J | T | | | | | |
| 95. Reliance Bank-Checking Account●(X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part IIIA: Represents services from 07/01/08 through 12/31/08

Part VII A: (X) Exempt from disclosure in 2007

1) Held in ▬▬▬self directed IRA with Prudential Annuity Services (formerly American Skandia)
2) Self directed IRA
3)Philip Morris International Incorporated was received from a Stock Dividend Spin Off Distribution from Altria Group Incorporated March 2008
4)AST Balanced Asset Allocation was renamed on 7/21/2008 to AST Academic Strategies Asset Allocation

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | - 05/15/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5/14/09

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544